Name: MICHAEL M. STEEL
Address: 1140 WALL STREET, #125, LA JOLLA, CA 92037
Telephone Phone: 858-453-8833
Email: seaplanes@gmail.com

FILED
Jul 24 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ armincortez  DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL M. STEEL,

Plaintiff(s),

v.

FAA - FEDERAL AVIATION ADMINISTRATION
NTSB - NATIONAL TRASPORTATION SAFETY BOARD

Defendant(s).

Case No.: **'24CV1292 AGS AHG**
(assigned at time of filing)

**COMPLAINT**

## I. RELATED CASES

a. Do you have other Civil Case(s) in this or any other federal court?

☐ Yes  ☒ No

b. If yes, please list the case numbers here:

## II. STATEMENT OF CLAIM
*(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)* SEE FOLLOWING PAGES.

1

San Diego Federal Court, COMPLAINT

JURY TRIAL DEMANDED

# FAA INTIMIDATION of WITNESSES, FAA ABUSE of AUTHORITY

THIS Complaint is due to FAA ABUSE of AUTHORITY, and FAA Legal Counsel (FAA Attourneys') ABUSE of AUTHORITY and FAA Legal Counsel FAILURE to stop WITNESS intimidation, NTSB ABUSE of AUTHORITY and NTSB FAILURE to stop WITNESS intimidation, manipulation, with personal and professional attacks on the witnesses' livelihood and attacks on the witnesses' established buisinesses, attacks on the witnesses' professional licenses, and other criminal and immoral activities, far outside of their authorized duties as FAA inspectors, and FAILURE of the responsibilities and duties of an FAA Attorney and and FAILURE of the responsibilities and duties of an NTSB Judge.

Factual events of FAA abuse of authority:   On Friday, February 28th 2020 FAA inspectors from the San Diego FSDO (San Diego Flight Standards District Office, drove from Montgomery Field Office to to Gillespie Field Airport ( KSEE) in East San Diego County and inspected my aircraft N295HC.   The FAA maintenance inspectors left a Grounding Notice on my aircraft (attached by a string).  The notice subsequently blew away. Fortunately, I saw the little string attached to my aircraft struts and called the FAA.  I found out that in fact, they did leave a grounding notice and they sent me a copy of it.   This is their first act of repeated incompetency during this Ramp Inspection: ie not informing me, the aircraft owner/ operator in a diligent and timely manner that my aircraft (that I regularly use for commercial Air Tours and for Flight Instruction) was grounded. My mechanic Jim McCollum came to the airport the following day, on February 29th of 2020.  He inspected my aircraft, he fixed 3 of the items on the FAA Grounding Notice, and then stated that (1) the crack on the water rudder was not a factor in flying the aircraft safely and (2) that the loose exhaust pipe on the left side of the engine (both items listed on the FAA Grounding Notice) were both not a factor in safe operation of the aircraft. My FAA mechanic declared that my airplane was SAFE

and LEGAL to fly. Jim McCollum, a pilot and highly skilled FAA Certified Airframe Inspector with over 45 years of experience as a mechanic and a designer of parts for military fighter aircraft (in his younger career) stated that my Helio Courier aircraft, N295HC, was safe for flight. On the following day, March 1st of 2020, I conducted a flight with no passengers to San Diego Bay from Gillespie Field, then did a 20 minute flight with a three passenger, and then flew back solo to the KSEE Airport.

The FAA inspected the aircraft again, two days later, on March 3rd with me present. On October 25, 2024, seven months later, I received a notice form the FAA that I was FALSELY accused of flying my aircraft while it was not airworthy and also FALSELY accused of flying without a current Biannual Flight REVIEW (BFR) and with out three takeoffs and landings (my recency of flight experience as required by FAR 91:91) The FAA declaration that I flew my aircraft in violation of nine FAA regulations were ALL absolutely FALSE. My mechanic Jim McCollum stated so in writing, and on videotape, that the aircraft was safe to fly.

Because my mechanic stated an opposite opinion to the FAA from the San Diego FSDO, the FAA proceeded to aggressively attack my mechanic professionally and personally !!! The conduct by the FAA was wrong, immoral and illegal. Three months later, the FAA Jim McCullen to come to the FAA office so they could conduct a verbal review of his Aircraft Inspectors Certification and his FAA A & P license. Jim McCollum has been a mechanic for decades and been a designer of aircraft parts and is more skilled in the real world and more practical aircraft experience than ALL of the FAA maintenance inspectors COMBINED.

Any normal person would be shocked to know that when you disagree with the FAA, they respond by aggressively, immorally and illegally abuse their power and authority. The FAA will attack you and destroy your ability to earn an income and destroy your business and essentially destroy your life by revoking your Pilot's licenses and in this case, Jim McCullom's AI and A and P certifications. This is exactly what they did to me under false accusations, and this is what they proceeded to do against Jim McCollum. Jim McCullen said that he would not come take an oral exam. Why? Because the FAA could ask any number of questions and arbitrarily say:
"Well, you didn't give a satisfactory answer and therefore we are going to end your (45 year career) as a mechanic and airframe inspector." So Jim ask for a written test and the FAA arranged that Jim to drive 2 and a 1/2 hours up to Riverside FAA office and take a written test. When Jim McCollum proceeded to do that exact feat, which again was unconscionable unfair, immoral and illegal. Jim McCollum drove up the Riverside, lo and behold, two inspectors wasting my tax dollars, wasting their time, drove up and were parked in the parking lot of the FAA office in Riverside. Jim McCollum walked up the the inspectors, and pleasantly asked him what they were they doing in the parking lot. They fumbled around in just an inexcusable fake excuse, said, "We're here just in case the Riverside FAA maintenance inspector shows up sick or doesn't have a test to give you, then we will step in and give you the test. Jim McCollum took the test in the Riverside FAA Office and he passed his FAA written test in flying colors. Jim received more than 90% on that test and the FAA inspector in Riverside was alarmed and mystified that two FAA inspectors from the San Diego FSDO would drive up to the

Riverside FAA Office and park in the parking lot and harass and try to inflict more stress on my mechanic. Because of this massively astronomically, inexcusable deviant and criminal behavior by the FAA we are filling this complaint. The FAA though it was their duty or privilege to aggressively harass, intimidate and attack my mechanic Jim McCollum because he was willing to state the aircraft that I flew was safe to fly and IT WAS SAFE to FLY.

In fact, it flew safely. The FAA Inspectors, in routine way, have been failing to do reasonably competent inspections of aircraft and worse, they then attacked my mechanic who told the truth and said the aircraft was safe to fly. Because of this off the wall, illegal behavior of the FAA by attacking my mechanic, who would have testified in the lawsuit. when you have a federal agency attacking witnesses, expert witnesses in a Federal Court proceeding,, this is absurd. This action by the FAA violates several federal and local laws.

tacking my witness, I hereby call that the judge who was preceding and overseeing the process of my fa persecution, he also knew. Categorically, that my witness Jim MCcullen was attacked by the fa in the aforementioned activity of the FAA and he refused to let Jim McCullen, uh, speak his piece. We're doing 2 pretrial conferences, because of the catastrophic failure of judge, Michael Woody, Anne of the 2FA attorneys that also knew without Any doubt whatsoever that my witnesses were being aattacked.

More than 35 years ago a second witness who would have testified for me but also was so shell shocked by the aggressive immoral criminal behavior by the faa that he refused to testify. This is a man that came as a mechanic and as a pilot, he has been my friend since ninth since 1982. He has been on the film set filming Waterworld movie with Kevin costler and other filming, such as a raiders of loss art remake in Hawaii and this mechanic pilot refused to testify for me because of this.

Unacceptable the immoral and abusive activity of the FAA. Not only has the faa attacked my witnesses and criminal trials, they have totally abused their power, and there are hundreds and thousands of examples that will be presented to Congress to state. This FAA is an errant criminal and that is the practice. The FAA abuse of their power and privaledge must stop.

With this lawsuit, we are suing the federal law, judging the FAA attorneys and the FAA inspectors. All of them are named in this lawsuit and the senate and Congress will be named this lawsuit to get their attention and to immediately take action to end this immoral practice and criminal behavior of the FAA to attack witnesses and intimidate those that have a differing accurate view of maintenance inspections. We

have thousands of instances of the FAA wielding and using the federal government and their authority in an abusive manner, it is literally our government (FAA) astronomically using their authority in a very destructive and abusive way. It is a weponization of the Federal Government against its own citizens.

It turned as a weapon against that period similar to Donald J Trump that has dozens of lawsuits where his opponent party, the democrats are attacking him. Which most people believe is an immoral and illegal way? This federal government is used as a weapon against us.

This must end it has to end and if the American people will demand that this is ended period for this reason.

**RELIEF SOUGHT:**   $7 MILLION DOLLARS in lost income, loss of business, immense personal suffering, loss of sleep, severe deteriation of health due to loss of sleep and stress, and humiliation from false accusations.  Loss of family.  Loss of marriage.

Also, this complaint is a $7 billion Class Action lawsuit for a 1,000 (times $ 7 Million of losses for each person) individuals who have also been similarly falsely attacked, including aircraft owners, pilots and mechanics that have suffered through and have their businesses destroyed, like the FAA did to me and my business as described in this lawsuit - they have had their lives destroyed. My divorce went through last week because of this horrendously immoral behavior by the FAA. So this is a class action lawsuit on behalf of a 1000 other pilots and mechanics who've had the same thing of this FAA illegally attacking them when they were going to be a witness against the faa actions and that's a 1000 people by 7 time $7 million, which is a 7 Billion dollar lawsuit.

*Michael M. Steel* (signature)
Michael M. Steel

Address:
**1140 Wall Street, # 125
La Jolla, CA  92037-0125**

Email:  seaplanes@gmail.com

Phone:  **858-453-8833**

1. a statement of jurisdiction,
2. **claims** in numbered paragraphs, each limited as far as practicable to a single set of facts,

**IV.   DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims pursuant to FRCP, Rule 38?)*

☑ Yes   ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

July 24, 2024
Date

*Michael M. Still*
Signature

MICHAEL M. STEEL
Printed Name