

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael M. Steel | Civil Action No.  24cv1292-AGS-AHG |
| **Plaintiff,** | |
| V. | |
| FAA - Federal Aviation Administration; NTSB - National Trasportation Safety Board | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court previously dismissed plaintiff's complaint with leave to amend. (ECF 3 , at 5.) Plaintiff had until January 22, 2025, to file an amended complaint (ECF 4), but has not done so. This case is thus dismissed, and the Clerk will close it.

Date:  2/11/25

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Fujita

M. Fujita, Deputy